FILED
CLERK, U.S. DISTRICT COURT

FEB 11 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Daniel J. Healy DEFENDANT(S). | CASE NUMBER 09-233 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __deft__, IT IS ORDERED that a detention hearing is set for __Friday__, __2/13/09__, at __9:30__ ☒ a.m. / ☐ p.m. before the Honorable __Ralph Zarefsky__, in Courtroom __540 Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __2/11/09__

__/s/ Ralph Zarefsky__
U.S. District Judge/Magistrate Judge